**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000461
14-AUG-2025
08:08 AM
Dkt. 65 ORD**

NO. CAAP-22-0000461

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ROSEL ROMANCIA, fka ROSEL LYN ROBERSON, Plaintiff-Appellee,
v.
JERROLD LEE ROBERSON, Defendant-Appellee,
DARRELL W. ROBERSON, Nonparty-Appellant,
and
SABRINA ROBERSON-ARGEND, Nonparty-Appellee

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3DV940000189)

ORDER DISMISSING APPEAL AS MOOT
(By: Nakasone, Chief Judge, Leonard and Guidry, JJ.)

Upon review of the record, it appears that:

(1) Self-represented Nonparty-Appellant Darrell W. Roberson (**Roberson**) filed this appeal on July 28, 2022;

(2) The appeal was docketed on September 26, 2022;

(3) On November 14, 2023, while this appeal was pending, a "Stipulation to Dismiss All Claims Against Plaintiff-Appellee [Rosel Romancia (**Romancia**)] and [Nonparty-Appellee Sabrina Roberson-Argend (**Argend**)] in [Roberson's] Appeal on

Hearing That Was Held on July 20, 2021" (**Stipulation**), was filed with the Family Court of the Third Circuit, in Case No. 3DV940000189,[1] in which Roberson, Romancia, and Argend agreed that all claims between them have been settled;

(4) The Stipulation also provided that the parties agree to dismiss the appeal in CAAP-22-0000461, but the parties did not file a stipulation to dismiss the appeal with this court, nor did Roberson file a motion to dismiss the appeal with this court, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b);

(5) Because the Stipulation provides that all claims between Roberson, Romancia, and Argend have been settled, it appears that the court can no longer grant effective relief, and the appeal is moot.  See Cmty. Ass'ns of Hualalai, Inc. v. Leeward Plan. Comm'n, 150 Hawaiʻi 241, 253, 500 P.3d 426, 438 (2021);

(6) On July 22, 2025, the court issued an Order to Show Cause (**Order**) instructing Roberson to file a motion or stipulation seeking dismissal of the appeal, or a statement demonstrating why the appeal should not be dismissed as moot, within fourteen days of the Order, and that failure to timely respond may result in the dismissal of the appeal;

---

[1]    The Honorable Jeffrey W. Ng presided.

(7) Roberson did not respond to the Order.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed as moot.

DATED:  Honolulu, Hawaiʻi, August 14, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge